IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL BOOKARD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 05-5740 |
| | : | |
| **FRANKLIN J. TENNIS,** *et al* | : | |

## ORDER

**AND NOW**, this 9th day of July, 2007, upon consideration of the Petition for Writ of Habeas Corpus (Docket No. 1), the Respondent's Answer to Petition for Writ of Habeas Corpus, the Report and Recommendation filed by United States Magistrate Judge Arnold C. Rapoport and the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Rapoport is **APPROVED** and **ADOPTED**;

2. The petitioner's objections are **OVERRULED**;

3. The Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED**; and,

4. There is no probable cause to issue a certificate of appealability.

    s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.